# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 9:19-cv-80279-ROSENBERG/REINHART

PRESLEY LAW AND
ASSOCIATES, P.A.,

   Plaintiff,

v.

WELLINGTON RESERVE, LLC,

   Defendant.
_____/

## **ORDER DISMISSING COMPLAINT**

This cause is before the Court on a *sua sponte* review of the Complaint for subject matter jurisdiction. *See Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999) (stating that "a court should inquire into whether it has subject matter jurisdiction at the earliest possible stage in the proceedings" and that "a federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking"). Plaintiff relies on federal question jurisdiction as a basis for this Court's subject matter jurisdiction. *See* DE 1 at 2; *see also* 28 U.S.C. § 1331. However, Plaintiff raises common law claims of breach of contract and breach of the implied warranty of good faith and fair dealing. *See* DE 1 at 5. Plaintiff also alleges violations of criminal laws, but fails to provide the basis for a private cause of action for any of the alleged criminal violations. *See id.* at 2-3. Plaintiff has failed to demonstrate this Court's subject matter jurisdiction. *See Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F.3d 1242, 1247 (11th Cir. 2005) ("The burden for establishing federal subject matter jurisdiction rests with the party bringing the claim.").

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint [DE 1] is **DISMISSED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of February, 2019.

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record